**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

PAUL HOWARD                    CASE NO 6:22-bk-02414-GER
                               CHAPTER: 7

   DEBTOR(S).

_____/

### MOTION FOR *IN REM* RELIEF FROM AUTOMATIC STAY

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE A RESPONSE WITH THE CLERK OF COURT AT CLERK OF THE COURT AT GEORGE C. YOUNG FEDERAL COURTHOUSE. 400 W. WASHINGTON STREET, SUITE 5100, ORLANDO FLORIDA 32801 WITHIN TWENTY-ONE DAYS FROM DATE OF THE ATTACHED PROOF OF SERVICE, PLUS AN ADDITIONAL THREE DAYS IF THIS PAPER WAS SERVED ON ANY PARTY BY U.S. MAIL.**

**IF YOU FILE AND SERVE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER NOTIFY YOU OF A HEARING DATE OR THE COURT WILL CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUESTED IN THIS PAPER WITHOUT A HEARING. IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, AND THE COURT MAY GRANT OR DENY THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.**

**YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY IF YOU HAVE ONE. IF THE PAPER IS AN OBJECTION TO YOUR CLAIM IN THIS BANKRUPTCY CASE, YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED IF YOU DO NOT TIMELY FILE AND SERVE A RESPONSE.**

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

   **COMES NOW**, **Reverse Mortgage Funding LLC,** ("Movant"), by and through its undersigned counsel, and moves for *in rem* relief from the automatic stay, pursuant to 11 USC §362(d). In support thereof, Movant states:

1.      On July 11, 2022, the Debtor (the term "Debtor" herein shall refer to both single and joint debtors) filed for relief under Chapter 7 of the United States Bankruptcy Code.

2.      Jurisdiction in this cause is granted to the Court, pursuant to 28 U.S.C. §1334, 11 U.S.C. §362 and all other applicable rules and statutes affecting the jurisdiction of the Court generally.

3.      On May 26, 2022, the Circuit Court of the Fifth Judicial Circuit entered a Final Summary Judgment of Foreclosure - a true and correct copy of which is attached hereto as Exhibit "**A**" – in favor of Movant for **$144,171.02**, related to the following Real Property in Lake County, Florida:

> **LOT 50, SUMMIT GREENS PHASE 2A, ACCORDING TO THE PLAT THEREOF RECORDED AT PLAT BOOK 46, PAGES 21 THROUGH 25, IN THE PUBLIC RECORDS OF LAKE COUNTY, FLORIDA.**
>
> **Property address: 877 SUMMIT GREENS BLVD CLERMONT FL 34711**

4.      The Debtor has not yet filed Schedules, so Movant is unaware if the property is claimed as exempt.

5.      The Debtor has not yet filed a Statement of Intention, so Movant is unaware of the Debtor's intentions for the property.

6.      The Debtor is in default (as evidenced by the Final Judgment). The Affidavit in Support of the Motion for Relief from Stay is attached as Exhibit "**B**".

7.      Movant holds a reverse mortgage on the property and the Debtor has failed to maintain taxes and insurance. As a result, Movant has advanced a total of $**17,851.43** for taxes and insurance.

8.      According to the Lake County Property Appraisers Report, the value of the Subject Property is $215,308.00, and is attached as Exhibit "**C**".

9.      Notwithstanding the appearance of equity, the Debtor has failed to maintain taxes and insurance for the property.

10.     If Movant is not permitted to enforce its security interest in the collateral or provided with adequate protection, it will suffer irreparable injury, loss and damage.

11.     Once the stay is terminated, Debtor will have minimal motivation to insure, preserve, or protect the collateral.  Therefore, Movant requests that the Court waive the 14-day stay imposed by Fed. R. Bankr. P. 4001(a)(3).

**WHEREFORE,** Movant respectfully requests the Court enter an order:

     a.     terminating the automatic stay, *in rem*;

     b.     permitting Movant to take any and all steps necessary to exercise any and all rights it may have in the collateral described herein;

     c.     allowing Movant to gain possession of said collateral;

     d.     waiving the 14-day stay under Fed. R. Bankr. P. 4001(a)(3), and

     e.     granting such further relief as the Court deems just and appropriate.


     /s/ *Scott C. Lewis, Esq.*
     Scott C. Lewis, Esq.
     FBN 112064
     813-221-4743 ext. 2603
     **Albertelli Law**
     Attorney for Secured Creditor
     PO Box 23028
     Tampa, FL 33623
     Facsimile: (813) 221-9171
     bkfl@albertellilaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the attached service list, this 26th day of July, 2022.

/s/ *Scott C. Lewis, Esq.*
Scott C. Lewis, Esq.
FBN 112064
813-221-4743 ext. 2603
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

## SERVICE LIST

Paul Howard – *Pro Se, to be served via regular mail*
877 Summit Greens Blvd.
Clermont, FL 34711

Dennis D Kennedy
P. O. Box 541848
Merritt Island, FL 32954

United States Trustee - ORL7/13
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

EXHIBIT A

**IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT IN
AND FOR LAKE COUNTY FLORIDA
CIRCUIT CIVIL DIVISION**

**REVERSE MORTGAGE FUNDING LLC,**
    **Plaintiff(s)**

                          **CASE NO.: 35-2019-CA-002652**
**vs.**                            **DIVISION:**

**PATRICIA R. HOWARD; PAUL D. HOWARD;
SUMMIT GREENS RESIDENTS'
ASSOCIATION, INC.; UNITED STATES OF
AMERICA ACTING THROUGH SECRETARY
OF HOUSING AND URBAN DEVELOPMENT;
UNKNOWN PARTY#1, PARTY#2, PARTY#3,
AND PARTY#4, THE NAMES BEING
FICTITIOUS TO ACCOUNT FOR PARTIES IN
POSSESSION**
  **Defendant(s).**

**FINAL SUMMARY JUDGMENT OF FORECLOSURE**

       THIS ACTION was heard before the Court on Plaintiff's Motion for Summary Judgment on May 26, 2022. On the evidence presented,

       IT IS ADJUDGED that:

1.     The Plaintiff's Motion for Summary Judgment is GRANTED. Service of process has been duly and regularly obtained over **Patricia R. Howard; Paul D. Howard; Summit Greens Residents' Association, Inc.; United States of America Acting through Secretary of Housing and Urban Development;** defendants.

2.     There is due and owing to the Plaintiff the following:

| | |
|---|---|
| Principal due on the note secured by the mortgage foreclosed: | $98,728.45 |
| Interest on the note and mortgage to February 24, 2022 | $19,189.72 |
| | |
| Taxes | $7,294.43 |
| Insurance Premiums | $5,967.00 |
| MIP/PMI | $6,567.92 |
| | |
| Attorney's fees total: | $4,350.00 |

(*The requested attorney's fee is a flat rate fee that the firm's client has agreed to pay in this matter. Given the amount of the fee requested and the labor expended, the Court finds that a lodestar analyses is not necessary and that the flat fee is reasonable.)
**Court Costs:**

| | |
|---|---|
| Filing Fee | $ 977.50 |
| Service of Process | $ 415.00 |
| AOM Recording Costs | $ 15.00 |
| Other Costs | $ 6.00 |

**Additional Costs:**

| | |
|---|---|
| Property Inspections | $ 660.00 |
| **GRAND TOTAL** | **$144,171.02** |

3.    The grand total amount referenced in Paragraph 2 shall bear interest from this date forward at the prevailing legal rate of interest.

4.    Plaintiff, Reverse Mortgage Funding LLC, whose address is c/o Compu-Link Corporation, d/b/a Celink, 2900 Esperanza Crossing, Austin, TX 78758, holds a lien for the grand total sum specified in Paragraph 2 herein.  The lien of the Plaintiff is superior to any right, title, interest or claim of the defendants and all persons, corporations, or other entities claiming by, through or under the defendants or any of them and the property will be sold free and clear of all claims of the defendants, with the exception of any assessments that are superior pursuant to the Florida Statutes, Section 718.116 and Section 720.3085.  The Plaintiff's lien encumbers the subject property located in Lake County, Florida and described as

**LOT 50, SUMMIT GREENS PHASE 2A, ACCORDING TO THE PLAT THEREOF RECORDED AT PLAT BOOK 46, PAGES 21 THROUGH 25, IN THE PUBLIC RECORDS OF LAKE COUNTY, FLORIDA.**

**Property address: 877 SUMMIT GREENS BLVD CLERMONT FL 34711**

5.    If the grand total amount with interest at the rate described in Paragraph 3 to this judgment are not paid, the Clerk of the Court shall sell the subject property at public sale to the highest bidder on JUL 1 2 2022 20____, at the first floor lobby near the information desk in the Lake County Courthouse, 550 West Main Street, Tavares, FL 32778, to the highest bidder for chase, except as prescribed in Paragraph 6, at 11:00AM, after having first given notice as required by Section 45.031, Florida Statutes.

6.    Plaintiff shall advance all subsequent costs of this action in addition to any advances to protect its collateral and shall be reimbursed for them by the clerk if Plaintiff is not the purchaser of the property for sale.  If Plaintiff is the purchaser, the Clerk shall credit Plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.  The clerk shall receive the service charge imposed in Section 45.031, Florida Statutes, for service in making, recording, and certifying the sale and title that shall be assessed as costs.

7.    On filing the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the notice of lis pendens shall be foreclosed of all estate or claim in the property and defendant's right of redemption as prescribed by section 45.0315, Florida Statutes shall be terminated, except as to claims or rights under chapter 718 or chapter 720, Florida Statutes, if any.  Upon the filing of the certificate of title, the person named on the certificate of title shall be let into possession of the property, subject to the rights of a tenant occupying residential premises pursuant to section 83.561, Florida Statutes, except for that of the United States of America, who shall have 365 days to redeem.

8.     On filing the Certificate of Title, the Clerk shall distributed the proceeds of the sale, so far as they are sufficient by paying: first, all of the Plaintiff's costs; second, documentary stamps affixed to the certificate; third, Plaintiff's attorneys' fees; fourth, the total sum due to the Plaintiff, less the items paid, plus interest the rate prescribed in paragraph 3 from this date to the date of the sale.  During the sixty (60) days after the Clerk issues the certificate of disbursements, the Clerk shall hold the surplus pending further Order of this Court.

9.     Upon filing of the Certificate of Title, defendant and all persons claiming under or against defendant since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property and the purchaser at sale shall be let into possession of the property.

10.     The Court finds, based upon the affidavits presented and upon inquiry of counsel for the Plaintiff, that the flat fee of $4,350.00 is reasonable and appropriate for the Plaintiff's counsel's attorney's fees. The Court finds that there are no reasons for either reduction or enhancement pursuant to Florida patient's Compensation Funds v. Rowe, 472 So. 2d 1145 (Fla. 1985), and the Court therefore has awarded reasonable attorney's fees in the amount indicated in paragraph 2 of this judgment.

11.     **NOTICE PURSUANT TO AMENDMENT TO SECTION 45.031, FLA. ST. (2019).**

**IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.**

**IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, IF ANY, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN THE DATE THAT THE CLERK REPORTS THE FUNDS AS UNCLAIMED. IF YOU FAIL TO FILE A TIMELY CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.**

**IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED.  PLEASE CHECK WITH THE CLERK OF THE COURT, LAKE COUNTY CLERK OF COURT**

**ATTN: CIRCUIT CIVIL**

**550 WEST MAIN STREET**

**JUDICIAL CENTER, 3RD FLOOR**

**TAVARES, FL 32778[TELEPHONE 352-742-4148], WITHIN TEN (10) DAYS AFTER THE SALE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.**

**IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER**

INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY
CONTACT FLORIDA RURAL LEGAL SERVICES, 3210 CLEVELAND AVE. SUITE 101, FT.
MYERS, FL 33901, TELEPHONE (239) 334-4554, TO SEE IF YOU QUALIFY FINANCIALLY
FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER
YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU
CHOOSE TO CONTACT FLORIDA RURAL LEGAL SERVICES, YOU SHOULD DO SO AS
SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.

12.    If Plaintiff is the successful purchaser at the foreclosure sale, Plaintiff may assign the successful
bid without further order of this court.

13.    The Court finds that Plaintiff has standing to seek and receive the relief obtained herein.

14.    Any funds payable from third party funds including attorney fees and costs shall be made payable
to Plaintiff.

15.    **The Court specifically reserves jurisdiction to enter further orders the Court deems just
and proper to include, without limitation, the following: orders related to pursuit and entry of
deficiency judgment, if Defendant has not been discharged in bankruptcy, or it is not prohibited by
federal law or mutual settlement agreement; orders granting additional attorney's fees and costs;
writs of possession; orders determining the amount and responsibility for assessments that may be
due a condominium or homeowner's association pursuant to sections 718.116 or 720.3085 of the
Florida Statutes; orders arising out of re-foreclosure, to include permitting a supplemental
complaint to add an interest-holder, and/or; orders involving reformation of the mortgage
instrument or deed to perfect title.**

ORDERED at Lake County, Florida on _May 26_ , 20 22.

_____
Circuit Judge
_CAW/eRce J Scmento_

Copies furnished to:

Albertelli Law
P.O. Box 23028
Tampa, FL 33623
eService: servealaw@albertellilaw.com

Patricia R. Howard
877 Summit Greens Blvd
Clermont, FL 34711

Paul D. Howard
877 SUMMIT GREENS BLVD

CLERMONT, FL 34711

Summit Greens Residents' Association, Inc.
c/o ALAN SCHWARTZSEID, Esquire
1065 Maitland Center Commons Blvd.
Maitland, FL 32751

United States of America Acting through Secretary of Housing and Urban Development
c/o John F. Rudy, III
400 North Tampa Street, Suite 3200
Tampa, FL 33602
E-Serve 1: USAFLM.HUD@usdoj.gov, E-Serve 2: JAXSFFORECLOSURES@hud.gov

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

PAUL HOWARD                                      CASE NO 6:22-bk-02414-GER
                                                 CHAPTER: 7
    DEBTOR(S).
_____/
/

<u>**AFFIDAVIT OF MOVANT IN SUPPORT OF MOTION FOR *IN REM* RELIEF FROM**</u>
<u>**AUTOMATIC STAY**</u>

STATE OF ___Texas___
COUNTY OF ___Travis___

    BEFORE   ME,   the   undersigned   authority   personally   appeared
_Rigoberto Corona_____, who after being duly sworn and upon oath, deposes
and says:

1.  I, _Rigoberto Corona_, am the _assistant secretary_ of **Reverse Mortgage Funding**
    **LLC** (hereinafter "Movant") and have personal knowledge of the facts stated herein.

2.  I have authority to make this affidavit.  Further, I have personally reviewed the records
    of Movant and make this Affidavit based upon personal knowledge obtained therein.  The
    information hereinafter given is contained in the original books and records maintained in
    the office of said servicer.  The amount of the indebtedness and the nature and extent of
    default set forth in the motion is information derived from records that were made at or
    near the time of the occurrence of the matters set forth by, or from information
    transmitted by, a person with knowledge of those matters, the records were kept in the
    course of the regularly conducted activity and were made by the regularly conducted
    activity as a regular practice.  Affiant certifies that all of the documents attached to the
    motion as an exhibit are true and accurate copies of the original documents.  Affiant has
    signed Affidavit under penalty of perjury as being true and correct based on personal
    knowledge of the books and business records.

3. On May 26, 2022, the Circuit Court of the Fifth Judicial Circuit entered a Final Summary Judgment of Foreclosure - a true and correct copy of which is attached to the Motion as Exhibit "A" – in favor of Movant for **$144,171.02**, related to the following Real Property in Lake County, Florida.

4. The Mortgage encumbered property, more particularly described as follows:

> **LOT 50, SUMMIT GREENS PHASE 1A, ACCORDING TO THE PLAT THEREOF RECORDED AT PLAT BOOK 46, PAGES 21 THROUGH 25, IN THE PUBLIC RECORDS OF LAKE COUNTY, FLORIDA.**

> **Property address: 877 SUMMIT GREENS BLVD CLERMONT FL 34711**

5. As of July 19, 2022, the Debtor is default for failing to maintaining taxes and insurance for the above property in the amount of $17,851.43.

FURTHER AFFIANT SAYETH NAUGHT.

| | |
|---|---|
| Signature: | |
| Name Typed and Printed: | Rigoberto Corona |
| Title: | Assistant Secretary |
| Company: | Reverse Mortgage Funding LLC |

SWORN TO AND SUBSCRIBED before me this 21 day of July , 2022 by
Rigoberto Corona who is personally known to me and who did take an oath.

NOTARY PUBLIC STATE OF Texas

Notary's Name Printed: Sharon C. Bennett
My Commission Expires: 10/25/2025

SHARON C. BENNETT
Notary Public, State of Texas
Comm. Expires 10-20-2026
Notary ID

# EXHIBIT C

## General Information

| | | | |
|---|---|---|---|
| **Name:** | HOWARD PAUL D | **Alternate Key:** | 3807772 |
| **Mailing Address:** | 877 SUMMIT GREENS BLVD CLERMONT, FL 34711 *Update Mailing Address* | **Parcel Number:** ⓘ | 16-22-26-1915-000-05000 |
| | | **Millage Group and City:** | 000C Clermont |
| | | **2021 Total Certified Millage Rate:** | 16.9475 |
| | | **Trash/Recycling/Water/Info:** | *My Public Services Map* |
| **Property Location:** | 877 SUMMIT GREENS BLVD CLERMONT FL, 34711 *Update Property Location* ⓘ | **Property Name:** | -- *Submit Property Name* ⓘ |
| | | **School Information:** | *School Locator & Bus Stop Map* ⓘ *School Boundary Maps* |
| **Property Description:** | CLERMONT, SUMMIT GREENS PHASE 2A SUB LOT 50 PB 46 PGS 21-25 ORB 4946 PG 1605 | | |

<span style="color:red">NOTE: This property description is a condensed/abbreviated version of the original description as recorded on deeds or other legal instruments in the public records of the Lake County Clerk of Court. It may not include the Public Land Survey System's Section, Township, Range information or the county in which the property is located. It is intended to represent the land boundary only and does not include easements or other interests of record. This description should not be used for purposes of conveying property title. The Property Appraiser assumes no responsibility for the consequences of inappropriate uses or interpretations of the property description.</span>

## Land Data

| Line | Land Use | Frontage | Depth | Notes | No. Units | Type | Class Value | Land Value |
|---|---|---|---|---|---|---|---|---|
| 1 | SINGLE FAMILY (0100) | 0 | 0 | | 1.000 | Lot | $0.00 | $30,000.00 |

**Click here for Zoning Info** ⓘ      **FEMA Flood Map**

## Residential Building(s)

### Building 1

| | |
|---|---|
| Residential | Building Value: $215,308.00 |

#### Summary

| | | | |
|---|---|---|---|
| Year Built: 2002 | Total Living Area: 1718 ⓘ | Central A/C: Yes | Attached Garage: Yes |
| Bedrooms: 3 | Full Bathrooms: 2 | Half Bathrooms: 0 | Fireplaces: 0 |

*Incorrect Bedroom, Bath, or other information?* ⓘ

#### Section(s)

| Section Type | Ext. Wall Type | No. Stories | Floor Area |
|---|---|---|---|
| FINISHED LIVING AREA (FLA) | Stucco/Brick (03) | 1.00 | 1718 |
| GARAGE FINISHED STONE (GCF) | | 1.00 | 400 |
| SCREEN PORCH FINISHED (SPF) | | 1.00 | 228 |

*View Larger / Print / Save*



## Miscellaneous Improvements

| |
|---|
| **There is no improvement information to display.** |

## Sales History

NOTE: ... [text obscured by header] ...A/page... ... in the pr... ...h... ...
indexed with the Clerk of Court. Follow this link to search all documents by owner's name.

| Book/Page | Sale Date | Instrument | Qualified/Unqualified | Vacant/Improved | Sale Price |
|---|---|---|---|---|---|
| 4946 / 1605 | 05/2017 | Warranty Deed | Qualified | Improved | $195,000.00 |
| 4487 / 2070 | 06/2014 | Warranty Deed | Qualified | Improved | $165,000.00 |
| 2098 / 550 | 03/2002 | Warranty Deed | Qualified | Improved | $153,300.00 |

*Click here to search for mortgages, liens, and other legal documents.* ⓘ

## Values and Estimated Ad Valorem Taxes ⓘ

**Values shown below are 2022 CERTIFIED VALUES.**
The Market Value listed below is not intended to represent the anticipated selling price of the property and should not be relied upon by any individual or entity as a determination of current market value.

| Tax Authority | Market Value | Assessed Value | Taxable Value | Millage | Estimated Taxes |
|---|---|---|---|---|---|
| LAKE COUNTY BCC GENERAL FUND | $245,308 | $195,460 | $145,460 | 5.0529 | $734.99 |
| SCHOOL BOARD STATE | $245,308 | $195,460 | $170,460 | 3.5940 | $612.63 |
| SCHOOL BOARD LOCAL | $245,308 | $195,460 | $170,460 | 2.9980 | $511.04 |
| LAKE COUNTY WATER AUTHORITY | $245,308 | $195,460 | $145,460 | 0.3229 | $46.97 |
| ST JOHNS RIVER FL WATER MGMT DIST | $245,308 | $195,460 | $145,460 | 0.2189 | $31.84 |
| CITY OF CLERMONT | $245,308 | $195,460 | $145,460 | 4.2061 | $611.82 |
| LAKE COUNTY MSTU AMBULANCE | $245,308 | $195,460 | $145,460 | 0.4629 | $67.33 |
| LAKE COUNTY VOTED DEBT SERVICE | $245,308 | $195,460 | $145,460 | 0.0918 | $13.35 |
| | | | | Total: 16.9475 | Total: $2,629.97 |

## Exemptions Information

### This property is benefitting from the following exemptions with a checkmark ✅

| | | |
|---|---|---|
| ✔ Homestead Exemption (first exemption up to $25,000) | *Learn More* | *View the Law* |
| ✔ Additional Homestead Exemption (up to an additional $25,000) | *Learn More* | *View the Law* |
| Limited Income Senior Exemption (applied to county millage - up to $50,000) | *Learn More* | *View the Law* |
| Limited Income Senior Exemption (applied to city millage - up to $25,000) ⓘ | *Learn More* | *View the Law* |
| Limited Income Senior 25 Year Residency (county millage only-exemption amount varies) | *Learn More* | *View the Law* |
| Widow / Widower Exemption (up to $500) | *Learn More* | *View the Law* |
| Blind Exemption (up to $500) | *Learn More* | *View the Law* |
| Disability Exemption (up to $500) | *Learn More* | *View the Law* |
| Total and Permanent Disability Exemption (amount varies) | *Learn More* | *View the Law* |
| Veteran's Disability Exemption ($5000) | *Learn More* | *View the Law* |
| Veteran's Total and Permanent Disability Exemption (amount varies) | *Learn More* | *View the Law* |
| Veteran's Combat Related Disability Exemption (amount varies) | *Learn More* | *View the Law* |
| Deployed Servicemember Exemption (amount varies) | *Learn More* | *View the Law* |
| First Responder Total and Permanent Disability Exemption (amount varies) | *Learn More* | *View the Law* |
| Surviving Spouse of First Responder Exemption (amount varies) | *Learn More* | *View the Law* |
| Conservation Exemption (amount varies) | *Learn More* | *View the Law* |
| Tangible Personal Property Exemption (up to $25,000) | *Learn More* | *View the Law* |
| Religious, Charitable, Institutional, and Organizational Exemptions (amount varies) | *Learn More* | *View the Law* |
| Economic Development Exemption | *Learn More* | *View the Law* |
| Government Exemption (amount varies) | *Learn More* | *View the Law* |

**NOTE:** Information on this Property Record Card is compiled and used by the Lake County Property Appraiser for the sole purpose of ad valorem property tax assessment administration in accordance with the Florida Constitution, Statutes, and Administrative Code. The Lake County Property Appraiser makes no representations or warranties regarding the completeness and accuracy of the data herein, its use or interpretation, the fee or beneficial/equitable title ownership or encumbrances of the property, and assumes no liability associated with its use or misuse. See the posted Site Notice.

Copyright © 2014 Lake County Property Appraiser. All rights reserved.
Property data last updated on March 21, 2022.
**Site Notice**